EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br><br>Wilca D. Gallagher Ortiz | 2006 TSPR 169<br><br>169 DPR \_\_\_\_ |

Número del Caso: TS-11,046

Fecha: 10 de noviembre de 2006

Abogada de la Parte Peticionaria:

        Por Derecho Propio

Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías
        Director Ejecutivo

Materia: Baja voluntaria de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Wilca D. Gallagher Ortiz                    TS-11046


RESOLUCIÓN

San Juan, Puerto Rico, a 10 de noviembre de 2006

    Atendida la Moción Contestando Resolución presentada por el Colegio de Abogado de Puerto Rico el 18 de octubre de 2006 con respecto a la baja voluntaria de la Lcda. Wilca D. Gallagher Ortiz del ejercicio de la profesión, se autoriza a la Lcda. Wilca D. Gallagher Ortiz a darse de baja voluntariamente de esa institución.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo